UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STACIE FREYE,

        Plaintiff,

  v.

TARGET CORPORATION,

        Defendant.

CASE NO. C19-5449 BHS

ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

This matter comes before the Court on Plaintiff Stacie Freye's ("Freye") motion for a protective order. Dkt. 13.

On April 17, 2019, Freye filed a complaint against Defendant Target Corporation ("Target") in Thurston County Superior Court for the State of Washington. Dkt. 1-1. Freye seeks damages for injuries sustained from a fall in a Target store in Lacey, Washington. *Id.*

On November 1, 2019, Target served a notice of deposition on Freye's attorney requesting a deposition in Washington. Dkt. 13 at 1. On November 20, 2019, Freye filed the instant motion requesting that the Court either quash the notice or order that the

deposition occur in Costa Mesa, California where Freye currently resides. *Id.* On November 27, 2019, Target responded. Dkt. 16. Freye did not reply.

"'As a normal rule plaintiff will be required to make [herself] available for examination in the district in which [she] has brought suit', and costs are not allowable absent 'good cause.'" *Detweiler Bros., Inc. v. John Graham & Co.*, 412 F. Supp. 416, 422 (E.D. Wash. 1976) (quoting 8 Wright and Miller, § 2112 at 404–06)).

In this case, Freye has filed suit in this district and has failed to establish significant hardship to quash the request to appear for a deposition in this district. Therefore, the Court **DENIES** Freye's motion for a protective order.

In its response, Target requests an order requiring Freye to attend both the deposition and a medical examination in Washington on mutually convenient dates. Dkt. 16 at 4–5. The Court rejects this request as being improperly presented in a response. However, the Court expects the parties to work together to coordinate the deposition and exam as to minimize Freye's time in Washington and hardship she will experience by being required to appear in this district.

**IT IS SO ORDERED**.

Dated this 16th day of December, 2019.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2